# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DELVIN CONRAD CHAD RED EAGLE,<br><br>        Defendant. | **Case No. CR-16-45-GF-BMM**<br><br><br>**ORDER** |

Defendant **Delvin Conrad Chad Red Eagle**, having filed a Motion for Issuance of *Subpoena Duces Tecum* upon the Indian Health Services (IHS);

IT IS HEREBY ORDERED that the Motion for Issuance of *Subpoena Duces Tecum* upon the Indian Health Services (IHS) is GRANTED; that the Indian Health Services, (IHS), produce the documents contained in the *Subpoena Duces Tecum*.

IT IS FURTHER HEREBY ORDERED that the clerk shall issue the *Subpoena Duces Tecum* as follows:

<u>To Custodian of Records and/or Compliance Department: Attn. Tara Spradley, Compliance Officer; Indian Health Services (IHS):</u>

You are hereby commanded to produce the following:

- Any and all psychological records and mental health diagnoses concerning Roxanne Morsette, (DOB XX/XX/90). Compliance Department; Attn. Tara Spradley, Compliance Officer; Indian Health Services (IHS) and its custodian of records may comply with this *Subpoena Duces Tecum* by delivering the complete information (or a complete copy thereof) no later than Monday, November 14, 2016, to Judge Brian M. Morris' Chambers, Missouri River Federal Courthouse, 125 Central Avenue West, Suite 110, Great Falls, MT 59404.

DATED this 4th day of October, 2016.

_____
Brian Morris
United States District Court Judge